# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>vs.<br>David Ballesteros Romero,<br>　　　　Defendant. | CR-07-937-TUC-RCC (JCG)<br>**REPORT & RECOMMENDATION** |

Pending before the Court is the government's Motion to Forfeit Bond. (Doc. No. 40.) The government seeks forfeiture of a $2,000.00 cash bond posted for bail on April 27, 2007 and secured by the signature of Defendant's son, Ruben Romero, on the ground that Defendant violated his conditions of release. Defendant admitted the violation on October 25, 2007, and was ordered detained.

Neither Defendant nor Ruben Romero filed a response to the Motion. LRCrim 12.1 requires parties in criminal proceedings to comply with LRCiv 7.1 and 7.2. LRCiv 7.2(c) states that when a motion is filed, the opposing party is required to file a responsive memorandum. LRCiv 7.2(i) further states if the opposing party fails to file the required answering memoranda, such non-compliance may be deemed a consent to the motion. Because no response was filed to the government's motion, the Court will conclude that the parties consent to forfeiture of the cash bond.

## RECOMMENDATION

In view of the foregoing, it is recommended that, after its independent review of the record, the District Court GRANT the government's Motion to Forfeit Bond (Doc. No. 40)

1  and order that the cash bond posted in the sum of $2,000.00 and secured by the signature of
2  Defendant's son, Ruben Romero, be forfeited, and the Defendant be held without bond.  The
3  parties have ten (10) days to serve and file written objections to the Report and
4  Recommendation.  The parties are advised that any objections should be filed with the
5  following caption: **CR-07-937-TUC-RCC**.

6  DATED this 11th day of December, 2007.

_____
Jennifer C. Guerin
United States Magistrate Judge