IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 07-937-TUC-RCC(JCG) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| DAVID BALLESTEROS ROMERO, ) | |
| Defendant. ) | |

The Court having reviewed the Magistrate Judge's Report and Recommendation and no objections having been filed thereto,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#45) and **GRANTING** Government's Motion to Forfeit Bond (#40).

**IT IS FURTHER ORDERED FORFEITING** the $2,000 CASH bond posted on behalf fo the defendant.

DATED this 7th day of January, 2008.

Raner C. Collins
United States District Judge

hard copy distributed to finance (1/7/08)